**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>STEINMARCH, FRANK J<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-61509 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/14/05.  The Trustee was appointed on 10/14/05.  An order for relief under Chapter 7 was entered on 10/14/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 9/7/07 is as follows:

      a. RECEIPTS (See Exhibit C)                                      $          12,530.13

| | | |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 1,775.68 |
| c. NET CASH available for distribution | $ | 10,754.45 |

d. TRUSTEE/PROFESSIONAL COSTS

| | | |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 2,003.01 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 6,463.11 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on 09/27/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 8,466.12 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 81,749.26 |

7.    Trustee proposes that unsecured creditors receive a distribution of 2.80% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $6,463.11.  The total of Chapter 7 professional fees and expenses requested for final allowance is $8,466.12. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/7/07                               RESPECTFULLY SUBMITTED,


                                   By:/s/David E. Grochocinski
                                      DAVID GROCHOCINSKI, TRUSTEE
                                      1900 RAVINIA PLACE
                                      ORLAND PARK, IL  60462
                                      Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Steinmarch, Frank

September 07, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2006 | DEG | Review petition in advance of 341 meeting | 0.30 350.00/hr | 105.00 |
| 1/18/2006 | DEG | Begin meeting; likely assets; continue to 2/28 | 0.20 350.00/hr | 70.00 |
| 2/28/2006 | DEG | Review schedules and SOFA in advance of 341 meeting | 0.30 350.00/hr | 105.00 |
| | DEG | Conduct 341 meeting | 0.40 350.00/hr | 140.00 |
| | DEG | Request turnover of documents | 0.10 350.00/hr | 35.00 |
| 3/1/2006 | DEG | Letter to attorney confirming request for information | 0.30 350.00/hr | 105.00 |
| 3/16/2006 | DEG | Telephone conference with attorney for debtor regardeing death of debtor | 0.50 350.00/hr | 175.00 |
| 3/23/2006 | DEG | Follow-up letter regarding need for documents on divorce and transfer of house | 0.30 350.00/hr | 105.00 |
| 6/26/2006 | DEG | Review of dissolution documents; no avoidance as to real estate | 1.00 350.00/hr | 350.00 |
| 11/6/2006 | DEG | Review of probate records and payment of final expenses | 0.60 350.00/hr | 210.00 |
| 3/6/2007 | DEG | Telephone conference with US Trustee office regarding sale of weapons | 0.50 350.00/hr | 175.00 |
| 5/5/2007 | DEG | Review of auction of firearm documents; compare purchaes to list and prepare sale report and file with court | 1.80 350.00/hr | 630.00 |
| 9/6/2007 | DEG | Review of letter from accountant regarding non-taxable events and invoice regarding same | 1.20 350.00/hr | 420.00 |
| 9/7/2007 | DEG | Prepared final report | 2.60 350.00/hr | 910.00 |


EXHIBIT
A

Steinmarch, Frank                                                                      Page        2

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 10.10 | 3,535.00] |

General administration

| 6/7/2007 DEG | Letter and documents to Al Horewitch regarding Steinmarch, do taxes<br>General administration | 0.30<br>350.00/hr | 105.00 |
|---|---|---|---|
| SUBTOTAL: | [ | 0.30 | 105.00] |
| For professional services rendered | | 10.40 | $3,640.00 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                           $            12,530.13

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                    $             1,305.24

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                          $            63,220.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 05-61509   Doc 40   Filed 10/05/07   Entered 10/05/07 14:14:54   Desc Main
Document     Page 7 of 19

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-61509 JS  
**Case Name:** STEINMARCH, FRANK J

**Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 01/18/06  

**Period Ending:** 09/07/07

**Claims Bar Date:** 09/27/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 2 | CASH TO BE TURNED OVER | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 105.24 | 0.00 | DA | 0.00 | FA |
| 4 | SEC. DEPOSITS | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 7 | EXELON CORP | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 DODGE INTREPID | 2,000.00 | 0.00 | | 2,750.00 | FA |
| 9 | 1988 TOYOTA PICK-UP  (u) | 400.00 | 400.00 | | 400.00 | FA |
| 10 | FIREARM COLLECTION  (u) | 7,500.00 | 7,500.00 | | 9,350.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 30.13 | Unknown |
| 11 | **Assets**        **Totals** (Excluding unknown values) | **$27,425.24** | **$7,900.00** | | **$12,530.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

BROKER BEING EMPLOYED TO LIQUIDATE FIREARMS COLLECTION; EXAMINATION OF CLAIMS COMPLETED

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**   05B-61509 JS
**Case Name:**   STEINMARCH, FRANK J

**Trustee:**   (520067)   DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:**   01/18/06

**Period Ending:**   09/07/07

**Claims Bar Date:**   09/27/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** April 30, 2008

**Current Projected Date Of Final Report (TFR):** April 30, 2008

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-61509 JS | |
| **Case Name:** | STEINMARCH, FRANK J | |
| | | |
| **Taxpayer ID #:** | 13-7547569 | |
| **Period Ending:** | 09/07/07 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/20/06 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF VEHICLES | | 3,150.00 | | 3,150.00 |
| | {8} | | 2,750.00 | 1129-000 | | | 3,150.00 |
| | {9} | | 400.00 | 1229-000 | | | 3,150.00 |
| 11/21/06 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES DUE AUCTIONEER | 3620-000 | | 370.75 | 2,779.25 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.47 | | 2,779.72 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.76 | | 2,781.48 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.85 | | 2,783.33 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-61509, BOND#  016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 2.43 | 2,780.90 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.38 | | 2,782.28 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.48 | | 2,783.76 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.53 | | 2,785.29 |
| 05/10/07 | | TUMBLESON AUCTION COMPANY | SALE OF FIREARM COLLECTION | | 7,947.50 | | 10,732.79 |
| | {10} | | SALE OF FIREARMS            9,350.00 | 1229-000 | | | 10,732.79 |
| | | TOM TUMBLESON | AUCTIONEER FEES            -1,402.50 15% | 3610-000 | | | 10,732.79 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.08 | | 10,736.87 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.54 | | 10,742.41 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.11 | | 10,748.52 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.93 | | 10,754.45 |

**Subtotals :**          **$11,127.63**          **$373.18**

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-61509 JS
**Case Name:** STEINMARCH, FRANK J

**Taxpayer ID #:** 13-7547569
**Period Ending:** 09/07/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****64-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,127.63 | 373.18 | $10,754.45 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,127.63 | 373.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,127.63** | **$373.18** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05B-61509 JS | **Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** STEINMARCH, FRANK J | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****64-66 - Checking Account |
| **Taxpayer ID #:** 13-7547569 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 09/07/07 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | | |
|---|---|---|
| Net Receipts : | 11,127.63 | |
| Plus Gross Adjustments : | 1,402.50 | |
| Net Estate : | $12,530.13 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****64-65** | **11,127.63** | **373.18** | **10,754.45** |
| **Checking # ***-*****64-66** | **0.00** | **0.00** | **0.00** |
| | **$11,127.63** | **$373.18** | **$10,754.45** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| STEINMARCH, FRANK J | |
| | CASE NO. 05B-61509 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 8,466.12 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,288.33 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>   $ 10,754.45

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 8,466.12 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 5,502.50 | 5,502.50 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 60.61 | 60.61 |
| ADMIN3 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 900.00 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 2,003.01 | 2,003.01 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL $ | | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL $ | | 0.00 |

| 6. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL $ | | 0.00 |

| 7. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL $ | | 0.00 |

| 8. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|

| | | TOTAL |
|---|---|---|
| | | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full)   $   81,749.26   2.80%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 11,969.07 | 335.04 |
| 002 | KOHL'S DEPARTMENT STORE | 246.96 | 6.91 |
| 003 | MBNA AMERICA BANK NA | 69,533.23 | 1,946.38 |
| | | TOTAL        $ | 2,288.33 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
|---|---|---|---|

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____           _____
                                        DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 5,502.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 60.61 | |
| | | | 5,563.11 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $          0.00 | $      6,463.11 | $      6,463.11 |

1