**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>STEINMARCH, FRANK J<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-61509 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DUPAGE COUNTY COURTHOUSE
    505 N. COUNTY FARM ROAD, ROOM 2000
    WHEATON, ILLINOIS 60187

    on: **November 16, 2007**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         12,530.13

    b. Disbursements                         $          1,775.68

    c. Net Cash Available for Distribution   $         10,754.45

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $5,502.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $60.61 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $900.00 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,003.01 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $81,749.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.80%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 11,969.07 | $ 335.04 |
| 002 | KOHL'S DEPARTMENT STORE | $ 246.96 | $ 6.91 |
| 003 | MBNA AMERICA BANK NA | $ 69,533.23 | $ 1,946.38 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Books and records of debtor, checking account and security deposit

Dated: October 23, 2007              For the Court,

                                     **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States
                                     219 S. Dearborn Street; 7th Floor
                                     Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.509   Doc 48   Filed 10/23/07   Entered 10/26/07 00:03:50   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Oct 23, 2007
Case: 05-61509                Form ID: pdf002          Total Served: 17
```

The following entities were served by first class mail on Oct 25, 2007.
```
db          +Frank J Steinmarch,   2844 Windsor Drive,   Lisle, IL 60532-4240
aty         +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David M. Laz,   32 West Burlington Avenue,   Westmont, IL 60559-1878
aty         +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
10621648    +Best Buy,   c/o Bas and Associates,   3936 E Fort Lowell Rd,   Tucson, AZ 85712-1097
10415801    +Braselton and Millard,   One Tower Lane,   Suite 1700,   Oakbrook Terrace, IL 60181-4631
10415802    +Citi Cards,   PO Box 6415,   The Lake, NV 88901-6415
10415804    +First of America Visa,   PO Box 2349,   Kalamzoo, MI 49003-2349
10415805    +Fleet,   PO Box 17192,   Wilmington, DE 19850-7192
10415806    +Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
10823457    +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10415807    +MBNA America Bank NA,   Mailstop DE5-014-02-03,   P O Box 15168,   Wilmington, DE 19850-5168
10415808    +Mitsubishi Motors Credit of America,   PO Box 0555,   Carol Stream, IL 60132-0001
10415809    +National City Elite Visa,   PO Box 500,   Kalamazoo, MI 49004-0500
```

The following entities were served by electronic transmission on Oct 24, 2007.
```
10415803     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55     Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130
10799424     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
10415805    +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 24 2007 04:01:02     Fleet,
              PO Box 17192,   Wilmington, DE 19850-7192
10415807    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 24 2007 04:01:11
              MBNA America Bank NA,   Mailstop DE5-014-02-03,   P O Box 15168,   Wilmington, DE 19850-5168
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**           **Signature:**   *Joseph Speetjens*